# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| IGOD CEE DIVINE,<br>　　　　　　　Defendant. | Case No:  10-69(17) MJD/RLE |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Jordan Kushner, Attorney ID No. 219307, shall appear as appointed counsel of record for the above named defendant in this case.

| | |
|---|---|
| Dated:   June 15, 2010 | *s/Katherian D. Roe*<br>KATHERIAN D. ROE<br>Attorney ID No. 214668<br>Attorney for Defendant<br>Office of the Federal Defender<br>107 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>612-664-5858 |